# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARE HARRIGAN,                )<br>                                                )<br>        *Pro Se* Plaintiff,            )<br>                                                )  Case No. 1:15-cv-00511-APM<br>        v.                                    )<br>                                                )<br>JENNY R. YANG, in her official capacity as    )<br>Chair of the United States Equal Employment   )<br>Opportunity Commission, *et al.*,             )<br>                                                )<br>        Defendants.               )<br>_____) | |

## **[PROPOSED] ORDER**

For the reasons stated in Defendants' Memorandum of Points and Authorities in Support of Their Motion to Dismiss, it is hereby

ORDERED that Defendants' Motion to Dismiss is GRANTED; and it is

FURTHER ORDERED that Plaintiff's Complaint for Mandamus, Declaratory and Injunctive Relief (ECF No. 1) and this civil action are DISMISSED with prejudice.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

Date:

_____
AMIT P. MEHTA
United States District Judge

<u>Appendix</u>

Pursuant to Local Rule 7(k), below is a list of the names and addresses of all persons entitled to be notified of entry of this Order.

Clare Harrigan
2100 Westview Terrace
Silver Spring, MD  20910
(240) 643-9277
harriganveeoc@gmail.com

Gregory Peter Dworkowitz
U.S. DEPARTMENT OF JUSTICE
Civil Division
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 305-8576
Fax: (202) 616-8470
Email: gregory.p.dworkowitz@usdoj.gov